IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH ROWE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FULTON COUNTY<br>GOVERNMENT, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:04-CV-3290-TWT |

ORDER AND OPINION

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 16]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 16] is GRANTED.

SO ORDERED, this 22 day of March, 2006.

　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　United States District Judge

T:\ORDERS\04\Rowe\r&r2.wpd